**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1427**

_____

ASUQUO E. ASANANSI,

                                        Plaintiff - Appellant,

            versus

RITE AID CORPORATION,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Walter E. Black, Jr., Senior District
Judge.  (CA-00-1235-B)

_____

Submitted:  December 23, 2002        Decided:  January 27, 2003

_____

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Fatai A. Suleman, Joseph M. Kum, AMOROW & KUM, P.A., Takoma Park,
Maryland, for Appellant.  James A. Rothschild, Michael J. Carlson,
ANDERSON, COE & KING, L.L.P., Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Asuquo E. Asanansi appeals the district court's order granting summary judgment to the Appellee on his race and national origin discrimination claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Asanansi v. Rite Aid Corp., No. CA-00-1235-B (D. Md. Mar. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2